1 | Clarissa A. Kang, No. 210660
2 | Marla K. Letellier, No. 234969
    TRUCKER ✦ HUSS
3 | A Professional Corporation
    One Embarcadero Center, 12th Floor
4 | San Francisco, CA  94111
    Telephone:  (415) 788-3111
5 | Facsimile:   (415) 421-2017
    E-mail:      ckang@truckerhuss.com
6 |              mletellier@truckerhuss.com

JS-6

7 | Attorneys for Defendant
    CONCORDIA DISABILITY AND SURVIVOR PLAN
8 | (incorrectly named as CONCORDIA LONG TERM DISABILITY PLAN)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| DEBRA KNAUFT, | Case No. CV12-04265 R (RZx) |
|---|---|
| Plaintiff, | **ORDER REMANDING CASE TO STATE COURT** |
| vs. | Date of Removal:          May 16, 2012 |
| CONCORDIA LONG TERM DISABILITY PLAN, | ``cc: order, docket, remand letter to Los Angeles Superior Court, No. BC 482301`` |
| Defendant. | |

The parties in the above-entitled action, by and through their undersigned counsel, have stipulated that Missouri law applies to this case, that Plaintiff will, after remand, dismiss her second cause of action, that the amount in controversy is less than $75,000 and that this case should be remanded to the Superior Court for the State of California, Los Angeles County ("State Court").

Pursuant to the parties' Stipulation, and good cause appearing therefore, the Court hereby ORDERS as follows:

---

[PROPOSED] ORDER REMANDING CASE TO STATE COURT          1
Case No. CV 12-04265 R (RZx)
#124871

1. This case is hereby remanded to State Court with each party bearing its own costs with respect to the removal from and the remand to State Court.

2. The Parties agree that Missouri law applies to Plaintiff's claims arising out of the January 2011 termination of benefits from the Concordia Disability and Survivor Plan.

3. The Parties agree that the amount in controversy of Plaintiff's claims arising out of the January 2011 termination of benefits from the Concordia Disability and Survivor Plan does not presently exceed $75,000.

4. The Parties agree that Plaintiff will, within two weeks of remand to State Court, dismiss her second claim for relief titled "breach of the covenant of good faith and fair dealing" with prejudice.

5. The Parties agree that Defendant will respond to Plaintiff's Complaint within the later of (1) the time period provided by the California Code of Civil Procedure to respond to a complaint after remand or (2) 14 days after service of Plaintiff's dismissal of her second claim for relief.

**IT IS SO ORDERED.**

Dated: June 19, 2012

Honorable Manuel L. Real
Judge of the United States District Court